EDWIN F. WERRING et al., Appellants and Respondents, *v.* CHARLES SELIG, as Executor of HENRY W. SCHIFF, Deceased, et al., Respondents and Appellants, Impleaded with Others.

(Submitted May 28, 1934; decided June 5, 1934.)

*Harris Jay Griston* for motion.
*Harris Berlack* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground that leave to appeal is not necessary.